DEFENDANT: Yaron Segal

YOB: 1981

ADDRESS(City/State): Israeli

OFFENSE: **Count One:**
Travel with intent to engage in illicit sexual conduct
Title 18 U.S.C. § 2423(b)

**Count Two:**
Travel with intent to engage in a sexual act with a person under 12 YOA
Title 18 U.S.C. § 2241(c)

LOCATION OF OFFENSE: Mesa County, Colorado

PENALTY: **Count One:**
NMT 30 years imprisonment; NMT $250,000 fine, or both such fine or imprisonment; 5 years up to life of supervised release; Special Assessment of $100.00.

**Count Two:**
NLT 30 years imprisonment or for life; NMT $250,000 fine, or both such fine or imprisonment; 5 years up to life of supervised release; Special Assessment of $100.00.

AGENT: SA Vanessa Hipps, DHS/HSI

AUTHORIZED BY: Michelle M. Heldmyer
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

_x_ five days or less

THE GOVERNMENT

___ will not seek detention in this case     _X_ will seek detention in this case

The statutory presumption of detention is applicable to this defendant.

OCDETF CASE: No