# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-mj-00024-GJR

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1.   Yaron Segal,

   Defendant.

___

## ENTRY OF APPEARANCE
_____

   Richard K. Kornfeld and David M. Beller of Recht Kornfeld, P.C. respectfully enters their appearance as counsel of record for the above-named Defendant and further requests that all future documents, pleadings, notices and other matters be directed to the address and telephone number set forth above.

               Respectfully submitted,

               **RECHT KORNFELD, P.C.**


               *s/Richard K. Kornfeld*
               RICHARD K. KORNFELD
               DAVID M. BELLER
               Attorney for Defendant
               1600 Stout St., Suite 1000
               Denver, Colorado 80202
               (303) 573-1900
               (303) 446-9400 (fax)
               admin@rechtkornfeld.com

## **CERTIFICATE OF SERVICE**

   I hereby certify that on this 2nd day of April, 2012, I electronically filed the foregoing **Entry of Appearance** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

*s/Sara Thielke*
Sara Thielke