IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

| | |
|---|---|
| Criminal Case No.:  12-mj-00024-GJR | Deputy: M. Spolar |
| Date:    March 29, 2012 | Recorder: Grand Junction |
| UNITED STATES OF AMERICA, | Michelle Heldmyer |
| Plaintiff, | |
| v. | |
| YARON SEGAL, | Without counsel |
| Defendant. | |

## INITIAL APPEARANCE ON THE COMPLAINT

Court in Session:   11:16 a.m.

Court calls case and appearance of counsel.  Defendant is present, in custody.

Advisement of rights, charges and possible penalties on the Complaint.

Financial affidavit tendered to Court.

The Court finds that defendant is eligible for court appointed counsel, under the present circumstances of the case.

Court will appoint a CJA20 panel attorney to represent defendant.

Government is seeking detention.

**ORDERED:**   Preliminary Hearing and Detention Hearing set for April 03, 2012 at 1:30 p.m.

**ORDERED:**    Defendant is ordered detained pending further proceedings before the court and **REMANDED** to the custody of the U.S. Marshal.

Hearing Concluded
Court in Recess:   11:33 a.m.

Hearing duration:    17 minutes