AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br><br>Yaron Segal<br>_Defendant_ | ) ) ) Case No. 12-mj-00024-GJR ) ) ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_ Yaron Segal ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Travel with intent to engage in illicit sexual conduct, Title 18 United States Code, Section 2423(b); and
Travel with intent to engage in a sexual act with a child under 12 YOA, in violation of Title 18, United States Code, Section 2241(c).

Date: March 29 2012

_Issuing officer's signature_

City and state: Grand Junction, Colorado

Gudrun J. Rice - Magistrate Judge
_Printed name and title_

---

**Return**

This warrant was received on _(date)_ 3/29/2012, and the person was arrested on _(date)_ 03/28/2012
at _(city and state)_ Grand Junction, CO.

Date: 3/29/2012

_Arresting officer's signature_

Vanessa Hoops - SA/ICE
_Printed name and title_