IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

| | |
|---|---|
| Criminal Case No.:  12-mj-00024-GJR | Deputy: M. Spolar |
| Date:   April 03, 2012 | Recorder: Grand Junction |
| UNITED STATES OF AMERICA, | Michelle Heldmyer |
| Plaintiff, | |
| v. | |
| YARON SEGAL, | William Richardson |
| | Richard Kornfeld |
| Defendant. | |

## PRELIMINARY AND DETENTION HEARING

Court in Session:   1:35 p.m.

Court calls case and appearances of counsel.  William Richardson is present. Defendant is present, in custody, with Richard Kornfeld.

Sherrie Blake, Probation Officer, is present for pretrial services.

Court recognizes William Richardson, CJA20 attorney appointed to represent Defendant Segal.

Court **RELEASES** William Richardson from his appointment as attorney of record for Defendant Segal.

Defendant waived preliminary hearing and confesses probable cause.

Government's argument and proffers on detention.

Defendant's argument regarding detention of Defendant.

Defendant introduces and Court receives letter from Tonio Buonassisi, SMA Assistant Professor at MIT and letter from Consulate General of Israel in Los Angeles. (Attachments: #1 Buonassisi Letter and #2 LA Consulate General Letter)

Court questions Probation Officer Sherrie Blake regarding the ICE detainer.

Government provides copy of ICE detainer.

Government calls Special Agent Vanessa Hipps, Homeland Security, to testify with regard to detainer.

Special Agent Vanessa Hipps, Homeland Security, sworn.

Ms. Heldmyer's direct examination of Vanessa Hipps.

Mr. Kornfeld's cross examination of Vanessa Hipps.

Ms. Heldmyer has no further questions re: detainer but requests Agent Hipps remain on the witness stand.

Ms. Heldmyer's further direct examination of Vanessa Hipps.

Mr. Kornfeld's cross examination of Vanessa Hipps.

Ms. Heldmyer has no further evidence or argument.

Mr. Kornfeld has no further evidence or argument.

Court recess:   2:31 p.m.

Court reconvene:   2:49 p.m.

Court finds presumption of detention not rebutted.

Court finds that Defendant is a flight risk and that there are no conditions of release that can be imposed, which would assure Defendant's continued appearance before the Court.

**ORDERED:**   Defendant is ordered detained pending further proceedings before the court and **REMANDED** to the custody of the U.S. Marshal.

**ORDERED:**   Arraignment and Discovery Conference shall be held in Denver, before the presiding Magistrate Judge.

Hearing Concluded
Court in Recess:   2:57 p.m.

Hearing duration:    1 hour, 14 minutes