

**TONIO BUONASSISI**

SMA Assistant Professor

**Department of Mechanical Engineering**
**Massachusetts Institute of Technology**
77 Massachusetts Ave., Room 35-213, Cambridge, MA 02139
W: http://pv.mit.edu   E: buonassisi@mit.edu

March 29, 2012

To Whom It May Concern:

My name is Tonio Buonassisi; I am an assistant professor at the Massachusetts Institute of Technology, Department of Mechanical Engineering. I serve as principal investigator of the MIT Photovoltaics Research Laboratory (PVLab), a research group dedicated to designing, fabricating, and testing novel cost-effective solar cells.

For the past year, Dr. Yaron Segal has been a productive postdoctoral researcher in my group. Dr. Segal serves as either lead researcher or mentor for three research projects; in each, he has made strong scientific contributions. For example, in a Harvard-MIT collaborative research project, Dr. Segal played an important role to characterize and advise the design & fabrication of what is potentially a record-efficiency solar cell device from an Earth-abundant material. This research advance could represent the first step toward a scalable, cost-effective solar cell material that is manufacturable in the United States. Building on these exciting results, Dr. Segal's current efforts include designing and building a prototype manufacturing equipment (thermal evaporation system), with which he intends to create his first prototype solar cells in April.

Dr. Segal is a leader within my research group, closely mentoring five graduate students. Dr. Segal is engaged in projects for communal benefit: He served as lead in writing at least 6 research proposals, successfully raising over $1.8M in research funding for our laboratory; he suggested sound-proofing noisy pumps in the shared-use lab, to improve quality of life for all lab members; and he proposed new floorplans and equipment to optimize precious lab floor space. Dr. Segal is a co-author on three journal manuscripts and two conference proceedings under development, including one that has already been submitted for peer review. Dr. Segal is also author of several journal publications from his Ph.D. work.

If you have further questions or concerns, please do not hesitate to contact me by cell phone (510-717-8413) or email (buonassisi@mit.edu).

Sincerely,

Tonio Buonassisi

*Attachment #1*