**CONSULATE GENERAL
OF ISRAEL IN LOS ANGELES**



הקונסוליה הכללית של
ישראל בלוס־אנג׳לס

To whom this may concern,

The Consulate general of Israel is obligated to the state in which it is located.

The consulate general of Israel will provide the necessary resources to those in need of help and support, however, will not assist persons convicted of crimes returning to their homeland.

Regards,

DANNY GADOT    דני גדות
CONSUL         קונסול

6380 WILSHIRE BOULEVARD • SUITE 1700 • LOS ANGELES, CALIFORNIA 90048
TEL: (323) 852-5500 • FAX: (323) 852-5555 • www.israeliconsulatela.org

ATTACHMENT # 2